CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Economic Research  )
Associates, Inc.            )
                            )
                            )
         vs    Plaintiff    )    Civil Action No._____
                            )
Smithfield Foods, Inc.      )
                            )
                            )
              Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __National Economic Research Associates, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Economic Research Associates, Inc.__ which have any outstanding securities in the hands of the public:

Marsh & McClennan Companies, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_David P. Murray_
Signature

401158
BAR IDENTIFICATION NO.

David P. Murray
Print Name

Willkie Farr & Gallagher LLP, 1875 K Street NW
Address

Washington, DC 20006
City          State          Zip Code

202-303-1000
Phone Number