IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.<br>50 Main Street<br>14th Floor<br>White Plains, NY 10606<br>(914) 448-4000<br><br>           Plaintiff,<br><br>   v.<br><br>SMITHFIELD FOODS, INC.<br>200 Commerce Street<br>Smithfield, VA 23430<br>(757) 365-3000<br><br>           Defendant. | Case No. 1:06CV02073<br><br>Judge Richard W. Roberts<br><br>DECK TYPE: Contract |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC., by and through its attorneys, hereby voluntarily dismisses without prejudice its claims against defendant in the above captioned action. Defendant has not filed an answer or motion for summary judgment in this action. Plaintiff reserves all of its rights with respect to the claims that were asserted in this action and any other claims it may have against defendant. A proposed order accompanies this notice.

- 2 -

Dated: December 7, 2006

                                     Respectfully submitted,

                                     WILLKIE FARR & GALLAGHER LLP

                                     /s/ David P. Murray

                                     David P. Murray (D.C. Bar No. 401158)
                                     WILLKIE FARR & GALLAGHER LLP
                                     1875 K Street, N.W.
                                     Washington, D.C. 20006
                                     (202) 303-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.<br>50 Main Street<br>14th Floor<br>White Plains, NY 10606<br>(914) 448-4000<br><br>          Plaintiff,<br><br>v.<br><br>SMITHFIELD FOODS, INC.<br>200 Commerce Street<br>Smithfield, VA 23430<br>(757) 365-3000<br><br>          Defendant. | Case No. 1:06CV02073<br><br>Judge Richard W. Roberts<br><br>DECK TYPE: Contract |

## PROPOSED ORDER

Pursuant to the plaintiff's Notice of Voluntary Dismissal Without Prejudice, this action is hereby dismissed without prejudice.

                                                      _____
                                                      United States District Judge

Dated:_____