IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.<br>50 Main Street<br>14th Floor<br>White Plains, NY 10606<br>(914) 448-4000<br><br>          Plaintiff,<br><br>v.<br><br>SMITHFIELD FOODS, INC.<br>200 Commerce Street<br>Smithfield, VA 23430<br>(757) 365-3000<br><br>          Defendant. | FILED<br>DEC 8 - 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Case No. 1:06CV02073<br><br>Judge Richard W. Roberts<br><br>DECK TYPE: Contract |

ORDER

Pursuant to the plaintiff's Notice of Voluntary Dismissal Without Prejudice, this action is hereby dismissed without prejudice.

/s/ Roberts
United States District Judge

Dated: 12/7/06